```
                           United States Bankruptcy Court
                            Middle District of Florida
In re:                                                            Case No. 09-27914-CED
Gabrielle Raphalle Romano                                         Chapter 7
        Debtor                 CERTIFICATE OF NOTICE
District/off: 113A-9           User: manel                  Page 1 of 4                  Date Rcvd: Jan 06, 2014
                               Form ID: 8reassgn            Total Noticed: 128


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2014.
db           #+Gabrielle Raphalle Romano,    2080 20th. Avenue Ne,    Naples, FL 34120-5430
aty           David J Stern,   Law Offices of David J.Stern PA,    900 South Pine Island Road Suite 400,
               Plantation, FL 33324-3920
cr           +BAC Home Loans Servicing, L.P.,    The Law Offices of David J Stern, PA,
               c/o Taji S. Foreman, Esq.,   900 South Pine Island Road, Suite 400,    Plantation, FL 33324-3920
cr           +Bac Home Loans Servicing LP,    Law Offices of Marshall C. Watson, P.A.,
               1800 NW 49th Street Suite 120,    Fort Lauderdale, FL 33309-3092
cr           +Charlotte State Bank,    c/o Roger H. Miller III, Esq.,    99 Nesbit Street,
               Punta Gorda, FL 33950-3636
17381247      ARM,   po box 129,   thorofare, nj 08086-0129
17381243      American express,    Tape po box 7871,    Fort Lauderdale, FL 33329
17381245     +Anthony Valente jr esquire,    770 second ave. South,    case number 09-6998-ca,
               St. Petersburg, fl 33701-4006
17381359     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: regions/fia card services,    po box 15726,
               wilmington, DE 19886-5726)
17381252      Bank of America,    po box 5170 simi valley,    simi valley, ca 93062-5170
17381256      Bank of America Home Loans,    Po Box 961206 Fort Worth Texas76161-0206,
               Fort Worth, TX 76161-0206
17381257      Bank of America loan servicing,    Po Box 961206,    Fort Worth Texas, TX 76161-0206
17381250      Bank of america,   po box 5170,    simi valley ca, CA 93062-5170
17381260     +Barbra Reed,    2550 northbrooke plaza suite1,    naples, FL 34119-7960
17381371     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: washington mutual bank,    po box 660487,    dallas, TX 75266-0487)
17381264     +Capital One,   11013 w broad street,    glen allen, VA 23060-6017
17381267     +Charlotte State Bank,    1100 Taiami Trail,    Port Charlotte, FL 33953-3808
17381268     +Charlotte State bank,    1100 tamiami trail,    port charlotte, FL 33953-3808
17381271     +Chase,   201 n walnut street,    wilmington, DE 19801-2920
17381286     +Client services inc,    3451 harry truman blvd,    st charles, mo 63301-9816
17381306      David j Stern law office of,    900 south pine Island Road suite 400plan,
               case number 09-ca-062645,    plantation, fl 33324-3920
17381312     +Enhanced Recovery corp/chase bank,    10550 deerwood park blvd,    jacksonville, FL 32256-0596
17381314     +Experian,    475 anton blvd,    Costa Mesa, CA 92626-7037
17381319     +HSBC,   PO Box 5246,    Carol Stream, IL 60197-5246
17381320      HSBC Bank,   po box 17332,    baltimore, MD 21297-1332
17381321      Internal Revenue Service United States,    Memphis Tenn, TN 37501-0001
17381327     +Ironstone Bank,    Po box 27131 Raleigh,    Raleigh, NC 27611-7131
17381324     +Ironstone Bank,    710 Congress Avenue First Floor Tips Bui,    Austin, TX 78701-3217
17381325      Ironstone Bank,    po box 27131,    Raleigh, NC 27611-7131
17381323     +Ironstone bank,    1725 Indian trail,    norcross, GA 30093-2641
17381328     +Jon barry and associates/medical payment,    216 Lephillip court,    concord, NC 28025-2954
17381332     +Law Office of Marshall C. Watson,    1800 nw 49th street, suite 120,    case number 09-ca-052360,
               Fort Lauderdale, fl 33309-3092
17381329     +Law firm of Salvatori,Wood,,    northern trust  bank building,
               4001 tamiami trail north suite 330,    naples, fl 34103-3555
17381330     +Law firmof Marshall c watson pa,    regarding case number 09-ca-054979,
               1800 nw 49th street suite 120,,    Fort Lauderdale, FL 33309-3092
17381331     +Law office f Marshall C. Watson pa,    1800 nw 49th street suite 120,
               case number 36-2009-ca-052360,    Fort Lauderdale, fl 33309-3092
17381347     +Mortgage electronic registration systems,    3300 sw 34th avenue suite 101,
               affidavid of time and effort case number,    Ocala, fl 34474-4438
17388558     +Office of US Attorney,    Attn Civil Process Clerk,    400 North Tampa St Suite 3200,
               Tampa FL 33602-4774
17381361     +Salvatori and Wood attorneys,    Northern Trust Bank Building 4001 Tamiam,    suite330,
               Naples, Fl 34103-3556
17381370     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
             (address filed with court: Wachovia/rec,    po box 2248,    Jacksonville, FL 32203)
17381368      Wachovia,   po box 105204,    Atlanta, GA 30348-5204
17381242      american Express,    po box 360001,    ft lauderdale, GA 33336-0001
17381244      american integrity insurance company,    msc number 504 po box 30469,    birmingham, AL 35283-0469
17381246     +ar resources/medical payment data,    po box 1056 blue bell,    Pennsylvania, PA 19422-0287
17381248     +balboa insurance company,    3349 Michelson Drive,suite 200,Irvine,    irvine, CA 92612-8881
17381251      bank of america,    po box 5170,    Simi valley, CA 93062-5170
17381253      bank of america,    po box 770001,    Cincinnati, OH 45277-0020
17381249     +bank of america,    1825 e buckeye road,    phoenix, AZ 85034-4216
17381255      bank of america home loans,    po box 650070,    dallas, TX 75265-0070
17381254      bank of america home loans,    po box 5170,    Simi Valley, CA 93062-5170
17381258     +barbra j reed,    2550 nothbrooke plaza site 1,    naples, FL 34119-7960
17381259     +barbra j reed dmd,    2550 Northbrooke plaza dr. suite 100,    naples, FL 34119-7960
17381262      blue cross blue shield,    po box 45074,    jacksonville, FL 32232-5074
17381263     +bureau of collection recovery,    7575 corporate way,    eden prairie, mn 55344-2000
17381265      capital one,    po box 71083,    charlotte, NC 28272-1083
17381266      cardmember service/chase,    po box 15153,    wilmington, DE 19886-5153
```

```
District/off: 113A-9           User: manel                Page 2 of 4                   Date Rcvd: Jan 06, 2014
                               Form ID: 8reassgn          Total Noticed: 128

17381272       +chase,   po box 15153,    wilmington, DE 19886-5153
17381273       +chase bank,    201 n walnut street,    wilmington, DE 19801-2901
17381275       +chase bank,    201 north walnut street,    wilmington, DE 19801-2901
17381276       +citi,   po box 6241 sioux falls,    south dakota, SD 19804-0841
17381277       +citi bank,    po box 6241 sioux falls,    south dakota, SD 57117-6241
17381278       +citi flex,    credit bureau disputes po box 6241,    sioux falls, SD 57117-6241
17381281        citibank,    Citibank / Choice,    P.O. Box 6000,    The Lakes, NV 89163-6000
17381279        citibank,    po box 6401,    the lakes, NV 88901-6401
17381280        citibank,    po box 6409,    the lakes, NV 88901-6409
17381282       +citizens property insurance center,    6676 corporate center parkway,
                 jacksonville, FL 32216-8091
17381283       +city o cape coral,    po box 150006,    cape coral florida, FL 33915-0006
17381285        city of cape coral,    po box 31526,    tampa, FL 33631-3526
17381284       +city of cape coral,    po box 150027,    cape coral, FL 33915-0027
17381289        collier county civil court,    3301 tamiami trail e.,    naples, FL 34112
17381290       +collier county public utilities,    4420 mercantile ave,    naples, FL 34104-3348
17381291        collier county tax collector,    3301 e tamiami trail bldg c-1,    naples, FL 34112
17381292        collier county tax collector,    courthouse complex building c-1,    naples, FL 34112
17381293        collier county tax collector,    courthouse complex building c1,    naples, FL 34112
17381294        collier county taxing authorities,    collier government complex,    naples florida, FL 34112-4996
17381296        collier county taxing authority,    collier government complex,    naples, FL 34112-4996
17381295        collier county taxing authority,    3301 e tamiami tr bldg c 1,    naples, FL 34112
17381298        conexis,    po box 226466,    dallas, TX 75222-6466
17381301        countrywide home loans,    po box 15153,    wilmington, DE 19886-5153
17381305        countrywide home loans/cardmember servic,    po box 15153,    wilmington, DE 19886-5153
17381313       +er quickcare,    13030 livingston rd suite 3,    naples, FL 34105-5024
17381315        fhc insurance agency 6700-2,    daniels road parkway,    fort myers, fl 33912
17381316       +gulf shores marina,    3470 bayshore drive,    naples, FL 34112-6362
17381317       +home depot /thd/cbsd,    po box 9714,    gray, TN 37615-9714
17381318        hsbc,    po box 17332,    baltimore, MD 21297-1332
17381333       +law Office of Marshall C. Watson,    1800 nw 49th. street suite 120,    case number 09-ca-055158,
                 Fort Lauderdale, FL 33309-3092
17381334       +law office ofMarshall c Watson,    1800 nw 49th street suite 120,    case number 09-ca-065585,
                 fort lauderdale, fl 33309-3092
17381335       +lee county tax collector,    po box 1609,    fort myers, FL 33902-1609
17381336        lee county taxing authorities,    po box 1270,    fort myers florida, FL 33902-1270
17381337        lee county taxing authorities,    po box 1270,    fort myers, FL 33902-1270
17381338        lee county taxing authority,    po box 1270,    fort myers, FL 33902-1270
17381339       +lexington insurance co,    100 summer street,    boston, MA 02110-2135
17381340       +lyon financial services dba us Bancorp m,    minnesota,    minnesota, MN 56264
17381343       +maf collections service,    po box 2842,    tampa, FL 33601-2842
17381341       +maf collections service,    134 s tampa street,    tampa, FL 33602-5354
17381346       +mortgage electronic registration systems,    3300 sw 34th avenue suite 101,    Ocala, fl 34474-4438
17381348        naples emergency physicians,    po box 848817,    pembroke pinesw, FL 33084-0817
17381349       +naples urgent care,    1713 sw health pkwy,    naples, FL 34109-0502
17381350       +nationwide recovery services/naples emer,    545 w inman street,    cleveland, TN 37311-1768
17381351        nes,    29125 salon road,    salon, oh 44139-3442
17381352       +northland group in care of/citibank/the,    po box 390905,    minneapolis, MN 55439-0905
17381353       +northland group inc,    po box 390905,    minneapolis, mn 55439-0905
17381354       +patick carey,    10967 lake underhill road unit 125,    orlando, fl 32825-4454
17381356       +physicians Regionalmedical center,    po box 413003,    naples ,FL 34101-3003
17381357       +redi med,    4550 executive drive ste 104,    naples, FL 34119-8805
17381358       +regions bank/fia card services,    PO Box 157,    Rolla, MO 65402-0157
17381360       +robert h miller esquire,    99 nesbit street,    case number 2008-ca-14932-nc,
                 punta gorda florida, fl 33950-3636
17381362       +sarasota county tax collector,    101 s washington blvd,    sarasota, FL 34236-6993
17381363       +scott c simowitz attorney for wacovia ba,    800 coroporate drive suite 500,
                 fort lauderdale, fl 33334-3621
17381365       +target nb financial service,    3701 wayzata blvd,    minneapolis, MN 55416-3400
17381367       +us bank/manifest funding services,    1450 channel parkway,    marshall, MN 56258-4005
17381373        yamaha,    ge money bank po box 530912,    Atlanta, GA 30353-0912
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: lweidhaas@dyckoneal.com Jan 06 2014 22:45:45      Dyck-O’Neal, Inc,    PO Box 13370,
                 Arlington, TX 76094-0370
cr             +E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2014 22:48:59
                 Recovery Management Systems Corporation,    Attn Ramesh Singh,    25 SE 2nd Ave Ste 1120,
                 Miami, Fl 33131-1605
17381308        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2014 22:49:52      discover bank,
                 pob 15316 wilmington de,    wilmington, DE 19850
17381309       +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2014 22:49:52
                 Discover financial services LL,    pob 15316,    wilmington, DE 19850-5316
17381310       +E-mail/Text: usz.bankruptcy.legal.coll@zurichna.com Jan 06 2014 22:45:39
                 Empire indemnity insurance company,    13810 fnb parkway,    omaha, NE 68154-5202
17388557        E-mail/Text: cio.bncmail@irs.gov Jan 06 2014 22:44:42      Internal Revenue Service,
                 Attn Chief Insolvency,    PO Box 21126,    Philadelphia PA 19114
17381345        E-mail/Text: bankruptcydpt@mcmcg.com Jan 06 2014 22:45:38      Midland credit management/,
                 5575 Roscoe court,    San Diego, CA 91823
17381355       +E-mail/Text: celia.velasquez@hma.com Jan 06 2014 22:46:22      Physicians Regional,
                 6101 pine ridge road,    naples, FL 34119-3900
```

```
District/off: 113A-9          User: manel                 Page 3 of 4                   Date Rcvd: Jan 06, 2014
                              Form ID: 8reassgn           Total Noticed: 128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
17441061         E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2014 22:42:22
                   Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
17381261        +E-mail/Text: karin.martindale@bcbsfl.com Jan 06 2014 22:45:42      blue cross blue shield,
                   po box 44157,    jacksonville, FL 32231-4157
17381288        +E-mail/Text: administration@gatestoneco.com Jan 06 2014 22:45:22      collect corp,
                   455 north 3rd street suite 260,    phoenix, az 85004-0630
17381297        +E-mail/Text: celia.velasquez@hma Jan 06 2014 22:46:22      collier hma physician,
                   po box 277575,    atlanta, GA 30384-7575
17381307         E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2014 22:49:52      discover,   po box 71084,
                   charlotte, NC 28272-1084
17381311        +E-mail/Text: bknotice@erccollections.com Jan 06 2014 22:45:47      enhanced recovery corp,
                   8014 bayberry road,    jacksonville, fl 32256-7412
17381344        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 06 2014 22:45:38      mcm,   dept 12421 po box 603,
                   oaks, pa 19456-0603
17381366         E-mail/Text: bnc@ursi.com Jan 06 2014 22:39:21      united recovery systems,   po box 722910,
                   houston, tx 77272-2910
17381372        +E-mail/Text: BKRMailOps@weltman.com Jan 06 2014 22:45:47      weltman weinberg and reis,
                   175 south  3rd street suite 900,    columbus, oh 43215-5177
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17381269*       +Charlotte State bank,   1100 Tamiami Trail,   Port Charlotte, FL 33953-3808
17381270*       +Charlotte State bank,   1100 Tamiami Trail,   Port Charlotte, FL 33953-3808
17381303*        Countrywide Home Loans/bank of america,   po box 10423,   van nuys, CA 91410-0423
17381300*        Countrywide home loans,   po box 10423,   Van Nuys, CA 91410-0423
17381369*      ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
                 (address filed with court:  wachovia bank,   123 s broad street,   Philadelphia, PA 19109)
17381274*       +chase bank,   201 n walnut street,   wilmington, DE 19801-2901
17381287*       +client services inc,   3451 harry truman blvd,   st. charles, mo 63301-9816
17381326*       +ironstone bank,   po box 27131,   raleigh, NC 27611-7131
17381342*       +maf collections service,   134 s tampa street,   tampa, FL 33602-5354
17381304        ##countrywide home Loans/bank of america,   po box 10423 Van Nuys,   van nuys, CA 91410-0423
17381302        ##+countrywide home Loans/bank of america,   po box 10423,   van Nuys, CA 91410-0423
17381299        ##countrywide home loans,   po box 10423,   van nuys, CA 91410-0423
17381322        ##+intl collection service,   255 s tamiami trail nokomis,   nokomis, FL 34275-3136
17381364        ##suntrust bank,   po box 921819,   norcross, GA 30010-1819
                                                                                 TOTALS: 0, * 9, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2014 at the address(es) listed below:
              Robert E Tardif, Jr.    rtardif@comcast.net,
                graceheidkamp@gmail.com;blkenney2@comcast.net;rtardif@ecf.epiqsystems.com
              Roger H. Miller, III    on behalf of Creditor    Charlotte State Bank rmiller@farr.com,
                sfaircloth@farr.com
              Scott R Weiss    on behalf of Creditor    Bac Home Loans Servicing LP scott.weiss@clegalgroup.com,
                Jairo.Garcia@clegalgroup.com;BKMailFromCourt@clegalgroup.com

```
District/off: 113A-9           User: manel              Page 4 of 4              Date Rcvd: Jan 06, 2014
                               Form ID: 8reassgn        Total Noticed: 128


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee - FTM7    USTPRegion21.TP.ECF@USDOJ.GOV
              Valencia D Richards-Hayes    on behalf of Debtor Gabrielle Raphalle Romano valencia@willclose.com
                                                                                                    TOTAL: 5
```

[8reassign] [Notice of Reassignment of Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                                    Case No. 9:09−bk−27914−CED
                                                                                          Chapter 7

Gabrielle Raphalle Romano
2080 20th. Avenue Ne
Naples, FL 34120

              Debtor(s)            /

NOTICE OF REASSIGNMENT OF CASE

   NOTICE IS HEREBY GIVEN THAT:

   The above−captioned case has been reassigned to the Honorable Caryl E. Delano including all adversary proceedings that may be pending. Any hearing that may be scheduled before the Honorable Alexander L. Paskay is hereby canceled and will be rescheduled before the successor judge assigned. The above−assigned case number reflects the change of the judge assigned to this case and should be reflected on all documents filed in the case in the future.

       DATED on January 6, 2014

                                          FOR THE COURT
                                          Lee Ann Bennett, Clerk of Court
                                          801 N. Florida Ave. Suite 555
                                          Tampa, FL 33602−3899